# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WAIMONUSHUN SMITH,                                                                    PETITIONER
ADC# 111026

v.                           NO. 5:13CV00224 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                     RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Waimonushun Smith's 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED and DISMISSED, with prejudice.

IT IS SO ORDERED this 8th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE